JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS HERD, | ) | CASE NO. CV 15-9603-AB (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| J. GASTELO, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Petition filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED:    January 6, 2016.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Judgment.wpd